# UNITED STATES DISTRICT COURT

### DISTRICT OF NEW JERSEY

**(609) 989-2182**

CHAMBERS OF  
FREDA L. WOLFSON  
UNITED STATES DISTRICT JUDGE

Clarkson S. Fisher Federal Building  
& U.S. Courthouse  
402 East State Street  
Trenton, New Jersey 08608

**April 5, 2012**

Re: U.S.A. vs Carl Barnett, *et al.*  
Cr. 11-452(FLW)

Dear Counsel:

     Please be advised we have scheduled an in-person status conference (counsel only) for April 20, 2012 at 11:00 a.m. in Courtroom 5E. To ensure that things move smoothly towards trial on May 21 **(THIS IS A FIRM DATE),** it would be helpful for all of you to be aware of my trial practices and expectations. We will discuss scheduling of submissions of voir dire, jury charges, and the logistics of our trial days. Questionnaires are currently being sent out to prospective jurors due to the length of the trial.

                                                     Very truly yours,

                                                  /s/ Freda L. Wolfson  
                                                  FREDA L. WOLFSON  
                                                  United States District Judge